U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 1 7 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| J. E. ADJUSTER, INC. | CIVIL ACTION NO. 08-00652 |
| -vs- | JUDGE DRELL |
| FOUNTAIN GROUP, L.L.C., et al. | MAGISTRATE JUDGE KIRK |

## ORDER

Before the Court is Defendants' "Motion for More Definite Statement and Motion to Dismiss." (Doc. 9). Defendants argue that the lack of specificity in Plaintiff's original complaint should compel this Court to dismiss its fraud claims outright. In light of Plaintiff's amended complaint (Doc. 15) that accompanied its opposition to Defendants' Motion, Defendants' arguments are moot. The amended complaint alleges with sufficient "particularity" Plaintiff's claims of fraud under Federal Rule of Civil Procedure 9(b). *See Carroll v. Fort James Corp.*, 470 F.3d 1171, 1174 (5th Cir. 2006) (requiring plaintiffs to "plead enough facts to illustrate "the 'who, what, when, where, and how' of the alleged fraud").

Accordingly, Defendants' Motion is **DENIED**.

SIGNED on this 16th day of March, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE