RECEIVED
IN ALEXANDRIA, LA.

JUN 29 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

J E ADJUSTER, INC.                                    CIVIL ACTION NO. 1:08-CV-0652

VERSUS                                                JUDGE DRELL

FOUNTAIN GROUP, LLC, ET AL                            MAGISTRATE JUDGE KIRK

ORDER

Considering the foregoing Unopposed Motion to Extend Plan of Work Deadlines;

IT IS ORDERED that the previous deadlines existing in this matter are revised as follows:

1. Deadline for completion of discovery - November 30, 2009

2. Final date for filing dispositive motions - December 30, 2009

3. Final date for taking depositions of experts   November 30, 2009

4. Date Disclosures under Fed. R. Civ. P. 26(a) will be made   September 15, 2009

THE PRETRIAL CONFERENCE OF DEC 17, 2009 IS CANCELLED AND REFIXED FOR APRIL 15, 2010 AT 11:45 AM

Alexandria, Louisiana this 29th day of June, 2009

**DEE D. DRELL., CHIEF JUDGE**